IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In the Matter of:

BYERLY, SHANE MICHAEL
BYERLY, TINA MARIE

        Debtors         JUDGE RUSS KENDIG
Chapter 7
Case No.: 10-63260

**NOTICE OF RESCHEDULED
341 MEETING**

Notice is hereby given that the 341 Meeting in the within case is hereby rescheduled for

**OCTOBER 28, 2010 at 3:30 P.M.,** in the City Council Chambers, Mansfield Municipal Complex,

30 North Diamond Street Mansfield, Ohio 44902.

        /s/ Josiah L. Mason
        Josiah L. Mason
        Interim Trustee

**CERTIFICATE OF SERVICE**

I, Josiah L. Mason, Trustee, hereby certify that the **NOTICE OF RESCHEDULED 341 MEETING,** was electronically transmitted on or about  OCTOBER 18, 2010  via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

# Pamela I. Theodotou    pam.theodotou@gmail.com
# United States Trustee    (Registered address)@usdoj.gov

And to the following by Ordinary U. S. Mail:

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

Shane Michael Byerly
229 Wood St
Loudonville, OH 44842

Tina Marie Byerly
229 Wood St
Loudonville, OH 44842

/s/ Josiah L. Mason, Trustee
Josiah L. Mason, Interim Trustee