The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.





Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| SHANE MICHAEL BYERLY AND TINA MARIE BYERLY, | CASE NO. 10-63260 |
| Debtors. | JUDGE RUSS KENDIG |
| | **ORDER GRANTING MOTION TO REOPEN CASE AND DENYING MOTION TO WAIVE FILING FEE** |

Debtors filed a motion to reopen their joint chapter 7 bankruptcy case on December 29, 2010 and also sought a waiver of the associated filing fee. Debtors' case was closed without discharge on November 23, 2010 because Debtors failed to timely file proof of completion of the financial management course.

The court hereby **GRANTS** Debtors' motion to reopen the case. The motion to waive the filing fee is **DENIED** in accordance with the court's decision in In re Baumler, Case No. 09-63362 (August 16, 2010).

It is so ordered.

# # #

SERVICE LIST

Shane Michael Byerly
Tina Marie Byerly
229 Wood St
Loudonville, OH 44842

Pamela I. Theodotou
Theodotou & Associates
2108 Palouse Drive
London, OH 43140

Josiah L Mason
153 W Main St
PO Box 345
Ashland, OH 44805-2219