The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.



/s/ Russ Kendig

Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SHANE MICHAEL BYERLY AND | ) | CASE NO. 10-63260 |
| TINA MARIE BYERLY, | ) | |
| | ) | JUDGE RUSS KENDIG |
| Debtors. | ) | |
| | ) | |
| | ) | **ORDER DISMISSING CASE** |

This matter is before the court on a Notice of Deficiency and Order to Show Cause issued on January 19, 2011 for Debtors' failure to pay the filing fee due for reopening their bankruptcy case.

The show cause order required Debtors to either satisfy the deficiency or request a hearing in order to avoid dismissal. Debtors did neither. In light Debtors' failure to comply with the Court's order, Debtors' case is hereby **DISMISSED.**

**Dismissal of this case does not relieve Debtors of the obligation to pay the filing fee.** If paying by mail, Debtors shall send a money order, payable to Clerk, United States Bankruptcy Court, to United States Bankruptcy Court, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Ave., S.W., Canton, OH 44702. If paying in person, Debtor shall bring either the exact amount of cash or a money order, payable to Clerk, United States Bankruptcy Court, to the Clerk's Office.

It is so ordered.

# # #

**Service List**:

Pamela I. Theodotou
Theodotou & Associates
2108 Palouse Drive
London, OH 43140

Shane Michael Byerly
229 Wood St
Loudonville, OH 44842

Tina Marie Byerly
229 Wood St
Loudonville, OH 44842

Josiah L Mason
153 W Main St
PO Box 345
Ashland, OH 44805-2219