United States Bankruptcy Court
Northern District of Ohio

In re:  
Shane Michael Byerly  
Tina Marie Byerly  
    Debtors

Case No. 10-63260-rk  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0647-6 | User: lbald | Page 1 of 1 | Date Rcvd: Apr 14, 2011 |
|---|---|---|---|
| | Form ID: pdf755 | Total Noticed: 3 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2011.  
db/db     +Shane Michael Byerly,   Tina Marie Byerly,   229 Wood St,   Loudonville, OH 44842-1537  
          +PAMELA I. THEODOTOU,   THEODOTOU & ASSOCIATES,   2108 PALOUSE DR,   LONDON, OH 43140-8770

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr     +E-mail/PDF: rmscedi@recoverycorp.com Apr 15 2011 00:03:26  
     Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,  
     Miami, FL 33131-1605  
                                                    TOTAL: 1

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2011**                       **Signature:**    */s/ Joseph Speetjens*

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.



/S/ RUSS KENDIG

Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SHANE MICHAEL BYERLY AND | ) | CASE NO. 10-63260 |
| TINA MARIE BYERLY, | ) | |
| | ) | JUDGE RUSS KENDIG |
| Debtors. | ) | |
| | ) | |
| | ) | **ORDER TO APPEAR** |
| | ) | **AND SHOW CAUSE** |
| | ) | |

Attorney Pamela I. Theodotou is hereby ordered to appear and show cause why she should not be sanctioned for failing to comply with the court's order dated March 21, 2011.

The show cause hearing will be held on **May 9, 2011** at **3:00 p.m.** before the Honorable Russ Kendig in the courtroom of the United States Bankruptcy for the Northern District of Ohio, Ralph Regula Federal Building and United States Courthouse, 401 McKinley Ave., S.W., Canton, Ohio.

DEBTORS MAY, BUT ARE NOT REQUIRED TO, ATTEND THE HEARING.

It is so ordered.

#   #   #

**Service List**:

Pamela I. Theodotou
Theodotou & Associates
2108 Palouse Drive
London, OH 43140

Shane Michael Byerly
Tina Marie Byerly
229 Wood St
Loudonville, OH 44842